# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 124
White Plains, NY 10601
Tel: (914) 428-7124 Fax: (914) 948-5109

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

March 6, 2026

**VIA EMAIL & ECF**

The Honorable Andrew E. Krause
United States Magistrate Judge
Southern District of New York
300 Quarropas Street,
White Plains, NY 10601

Re:    *United States v. Jason Beckford, 26-mj-569 (UA)*

Dear Honorable Judge Krause:

I am writing to request that Mr. Beckford's release conditions be modified to permit him to travel to the Eastern District of Pennsylvania for work purposes only.

Mr. Beckford was arrested last week and presented before the Honorable Victoria Reznik. He was released on condition including a travel restriction limiting his travel to the District of New Jersey, where he lives, and the Southern and Eastern Districts of New York. Mr. Beckford works as an Uber driver and lives in New Jersey near Philadelphia. His income has been limited due to his inability to travel to Pennsylvania. His supervising officer in New Jersey recommended to him to seek an amendment of this condition. I have conferred Pre-Trial Services ("PTS"), through PTS Officer Shannon Finneran, who does not object to this request as long as the travel is for work and he provides employment verification. The government, through AUSA James McMahon, also has no objection to this request with the restrictions outlined.

Therefore, Mr. Beckford respectfully requests that he be permitted to travel to the Eastern District of Pennsylvania for work purposes only.

APPLICATION GRANTED. Mr. Beckford's travel restriction is modified to allow him to travel to the Eastern District of Pennsylvania, for work purposes only. Mr. Beckford must provide employment verification to Pretrial Services by no later than March 11, 2026. The Clerk of Court is directed to terminate the motion at ECF No. 11.

Dated: March 6, 2026

Sincerely,

Elizabeth K. Quinn
Assistant Federal Defender
Counsel for Anthony Alfano

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge