# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 124
White Plains, NY 10601
Tel: (914) 428-7124 Fax: (914) 948-5109

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

April 16, 2026

**VIA EMAIL & ECF**

The Honorable Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
300 Quarropas Street,
White Plains, NY 10601

**APPLICATION GRANTED**

Judith C. McCarthy

Hon. Judith C. McCarthy
4-16-2026

Re:     *United States v. Jason Beckford, 26-mj-569 (UA)*

Dear Honorable Judge McCarthy:

I am writing to request that Mr. Beckford's release conditions be modified to permit him to travel to the District Delaware work purposes only.

Mr. Beckford was arrested on February 26, 2026, and presented before the Honorable Victoria Reznik. He was released on conditions, including a travel restriction limiting his travel to the District of New Jersey, where he lives, and the Southern and Eastern Districts of New York.

On March 6, 2026, an unopposed motion to modify Mr. Beckford's release conditions was granted, which permitted him to travel to the Eastern District of Pennsylvania, near where he lives in New Jersey, as part of his work as an Uber driver.

Mr. Beckford has recently obtained employment at a U.S. Venture, a company that delivers tires. He has been informed that, as part of his job responsibilities, he may be required to deliver tires in New Jersey, Philadelphia, Pennsylvania, and possibly Delaware. He therefore requests that his travel condition be modified to allow him to travel to the District of Delaware for work purposes only.

I have conferred Pre-Trial Services ("PTS"), through PTS Officer Shannon Finneran, who confirmed that neither she nor his officer in New Jersey objects to this request. The government, through AUSA Margery Feinzig, also has no objection to this request. Therefore, Mr. Beckford respectfully requests that he be permitted to travel to the Eastern District of Pennsylvania for work purposes only.

Case 7:26-mj-00569-UA    Document 17    Filed 04/16/26    Page 2 of 2

Thank you for your time and consideration.

Sincerely,

Elizabeth K. Quinn
Assistant Federal Defender
Counsel for Jason Beckford

cc:    Margery Feinzig , AUSA
       Shannon Finneran, PTS