# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 124
White Plains, NY 10601
Tel: (914) 428-7124 Fax: (914) 948-5109

Tamara L. Giwa
*Executive Director*

**MEMO ENDORSED**

Jennifer L. Brown
*Attorney-in-Charge*

June 10, 2026

**VIA EMAIL & ECF**

**GRANTED**.

Mr. Beckford's release conditions are modified to permit him to travel for employment as approved by Pre-Trial Services.

SO ORDERED.

Hon. Victoria Reznik, U.S.M.J.

6/10/26

The Honorable Victoria Reznik
United States Magistrate Judge
Southern District of New York
300 Quarropas Street,
White Plains, NY 10601

Re:   *United States v. Jason Beckford, 26-mj-569 (UA)*

Dear Honorable Judge Reznik:

I am writing to request that Mr. Beckford's release conditions be modified to permit him to travel for employment as approved Pre-Trial Services.

Mr. Beckford was arrested on February 26, 2026, and presented before Your Honor. He was released on conditions, including a travel restriction limiting his travel to the District of New Jersey, where he lives, and the Southern and Eastern Districts of New York. Since his release, Mr. Beckford obtained employment at a U.S. Venture, a company that delivers tires. His conditions were modified to permit him travel to New Jersey, Philadelphia, Pennsylvania, and Delaware for work purposes. Recently, his employment required him to travel to Maryland. Since his employment travel varies, Pre-Trial Services ("PTS") Officer Shannon Finneran contacted me and indicated that PTS would support a motion to permit travel for employment as approved by PTS. She also confirmed that he is fully compliant with his release conditions and submits all paystubs and travel information. The government, through AUSA Margery Feinzig, also has no objection to this request. Therefore, Mr. Beckford respectfully requests that he be permitted to travel to travel for employment as approved by Pre-Trial Services.

Thank you for your time and consideration.

Sincerely,

Elizabeth K. Quinn
Assistant Federal Defender
Counsel for Jason Beckford

cc:   Margery Feinzig , AUSA
Shannon Finneran, PTS